UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE ARTHUR CASS,

        Petitioner,        Case No. 13-10984
                                  HON. JOHN CORBETT O'MEARA

v.

DUNCAN MACLAREN,

        Respondent,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is a report and recommendation filed March 31, 2014 by Magistrate Judge Paul J. Komives. Petitioner filed objections to the report and recommendation on May 1, 2014.

    This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

    Having fully reviewed the record, IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court, and Petitioner's application for a writ of habeas corpus is DENIED.

    It is further ORDERED that a certificate of appealability is DENIED.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: May 21, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 21, 2014, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager